United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODRIC P. STANLEY,

Plaintiff,

v.

SEARS, et al.,

Defendants.

Case No. 26-cv-08247-TSH

**ORDER DIRECTING PLAINTIFF TO RE-FILE COMPLAINT**

Plaintiff, an inmate housed at West Reentry Treatment Housing Facility in Richmond, California, has filed a *pro se* civil rights action. Plaintiff has consented to magistrate judge jurisdiction. Dkt. No. 8. Plaintiff's complaint appears to be missing pages 2, 4, 6, 8, and 17-32. *See* Dkt. Nos. 1, 5. By September 18, 2026, Plaintiff shall file a complete copy of his complaint. If no complaint is received by this date, the Court will treat Dkt. No. 1 as the operative complaint and screen it as required by 28 U.S.C. § 1915A. The Court has sent to Plaintiff under separate cover a copy of Dkt. No. 1 so that Plaintiff can determine what was received by the Court.

**IT IS SO ORDERED.**

Dated: August 31, 2026

THOMAS S. HIXSON
United States Magistrate Judge