United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODRIC P. STANLEY,

Plaintiff,

v.

SEARS, et al.,

Defendants.

Case No. 26-cv-08247-TSH

**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT**

Re: Dkt. No. 11

Plaintiff, an inmate housed at West Reentry Treatment Housing Facility in Richmond, California, has filed a *pro se* civil rights action. Plaintiff has consented to magistrate judge jurisdiction. Dkt. No. 8. Good cause being shown, the Court GRANTS Plaintiff's request for an extension of time to file a full copy of his complaint. By October 30, 2026, Plaintiff shall file a complete copy of his complaint. If no complaint is received by this date, the Court will treat Dkt. No. 1 as the operative complaint and screen it as required by 28 U.S.C. § 1915A.

This order terminates Dkt. No. 11.

**IT IS SO ORDERED.**

Dated: October 1, 2026

THOMAS S. HIXSON
United States Magistrate Judge